# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **BUFORD BARNES,** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 2:17-CV-1** |
| | § | |
| **JOHN CHRISTNER TRUCKING, LLC** | § | |
| **and CECIL CARRIS MEARES,** | § | |
| Defendants. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendants. Having considered same, the Court finds that all parties to this action are in agreement that all claims in this action should be dismissed with prejudice.

**IT, THEREFORE, IS ORDERED** that all claims in this action are hereby dismissed with prejudice, with taxable court costs to be borne by the party incurring same.

**SIGNED this 24th day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE